# United States District Court

## *Southern District of Georgia*

Gregory Gilmore

_____
Plaintiff

Case No.   4:23-CV-00152-WTM-CLR

**v.**   United States of America

_____
Defendant

Appearing on behalf of

Gregory Gilmore/Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 2nd day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Scott M. Williamson
_____

Business Address:   The Williamson Law Firm
_____
Firm/Business Name

2 Ravinia Drive, Ste. 1645
_____
Street Address

| | Atlanta | GA | 30346 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 404-829-4357 | 764249 |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address:   scott@thewilliamsonlawfirm.com